| | |
|---|---|
| 1 | Amanda Kuklinski; AZ Bar No. 035676 |
| 2 | Kelsey Whalen; AZ Bar No. 037043 |
|   | **WEILER LAW PLLC** |
| 3 | 5050 N. 40th St., Suite 260 |
| 4 | Phoenix, AZ 85018 |
|   | Tel & Fax: 480.442.3410 |
| 5 | akuklinski@weilerlaw.com |
|   | kwhalen@weilerlaw.com |
| 6 | |
| 7 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Stephanie Bruns**, an Arizona resident, | Case No. 4:22-CV-00465-JGZ |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **Tucson Used Auto Sales**, an Arizona limited liability company, **Dur Saleh**, an Arizona resident; and **Hardik Choudhary**, an Arizona resident, | **(Assigned to the Hon. Jennifer G. Zipps)** |
| Defendants. | |

Notice is hereby given that Plaintiff and Defendant Choudhary have reached a settlement in the above captioned matter. The Parties anticipate filing a stipulation to dismiss Defendant Choudhary with prejudice within ten days, pending consent from all Parties in this matter.

RESPECTFULLY SUBMITTED April 4, 2024.

**WEILER LAW PLLC**

By: /s/ Kelsey Whalen
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiff

**MESCH CLARK ROTHSCHILD**

By: /s/ Thom Cope *(w/ permission)*
Thom K. Cope
Jana L. Sutton
259 N. Meyer Ave.
Tucson, AZ 85701
Attorneys for Defendant Hardik Choudhary

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2024, I electronically transmitted the foregoing document to the United States District Court, District of Arizona Court Clerk, using the CM/ECF System and to the following via electronic and US mail:

MESCH CLARK ROTHSCHILD
Thom K. Cope
Jana L. Sutton
259 N. Meyer Ave.
Tucson, AZ 85701
tcope@mcrazlaw.com
jsutton@mcrazlaw.com

Tucson Used Auto Sales
3619 N First Avenue
Tucson, AZ 85719

Dur Saleh
2719 N. Winstel Blvd.
Tucson, AZ 85716
Dur.saleh@yahoo.com

/s/ Olivia Reilly