IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Bruns,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Tucson Used Auto Sales, et al.,<br><br>　　　　Defendants. | NO. CV-22-00465-TUC-JGZ<br><br>**DEFAULT JUDGMENT** |

　　　　Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff and against Defendant Tucson Used Auto Sales. Plaintiff is awarded $123,136.85 in total damages against Defendant Tucson Used Auto Sales, including:

　　　　(1) compensatory damages for Plaintiff's tort claims in the amount of $50,000.00;

　　　　(2) compensatory damages for Plaintiff's Title VII claims in the amount of $35,000.00;

　　　　(3) punitive damages for Plaintiff's Title VII claim in the amount of $15,000.00;

　　　　(4) backpay in the amount of $9,705.85; and

　　　　(5) trebled unpaid minimum wages of $4,477.00, in the amount of $13,431.00.

///

///

///

///

Post judgment interest on the judgment of $123,136.85 shall accrue at a rate of 4.5% per annum as of August 14, 2024.

Debra D. Lucas<br>
District Court Executive/Clerk of Court

August 14, 2024

s/ M. Espinoza<br>
By   Deputy Clerk