IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Bruns,<br><br>  Plaintiff,<br><br>v.<br><br>Tucson Used Auto Sales, et al.,<br><br>  Defendants. | NO. CV-22-00465-TUC-JGZ<br><br>**JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 16, 2024, judgment is entered awarding Plaintiff $44,947.50 in attorneys' fees and $15,769.30 in costs against Defendant Tucson Used Auto Sales.

IT IS FURTHER ORDERED post judgment interest on the judgment of $60,716.80 shall accrue at a rate of 4.09% per annum as of September 13, 2024.

Debra D. Lucas
District Court Executive/Clerk of Court

September 16, 2024

By   s/ M. Espinoza
     Deputy Clerk